FILED
October 22, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:07-mj-313 KJM |
| v. | ) | ORDER FOR RELEASE |
| Donald Fowler, | ) | OF PERSON IN CUSTODY |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Donald Fowler  Case 2:07-mj-313 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

X  Unsecured bond in the amount of $75,000 to be co-signed by defendant's aunt

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

X  (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 10/22/07  at 2:44 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge